UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

x------------------------------------------------------x

Martin Sabba and Annette Sabba,

                       Plaintiffs,

vs.                                  3:03cv00097(MRK)

Matthew Pambianchi, John Pambianchi,      October 17, 2003
Eileen Pambianchi and Chrysler Financial
Corporation

                       Defendants.
x------------------------------------------------------x

### Plaintiffs' Motion to Amend Scheduling Order

The plaintiffs, by their attorney, and pursuant to Local Rule 9(b)(2), move for an extension of the times set forth in the scheduling order dated May 14, 2003. As more fully set forth herein, the basis for this motion is that plaintiffs have been unable to obtain critical medical records and this has delayed the identification and disclosure of expert witnesses. Accordingly, plaintiffs seek a three month extension of the outstanding discovery deadlines as set forth in the proposed scheduling order. This is the first request for extension submitted. Defendants do not object to this motion.

<u>Nature of the case:</u>    The plaintiffs, Martin and Annette Sabba were seriously injured on July 7, 2002 in a motorcycle - automobile collision. Martin, the operator of the motorcycle sustained fractures of both wrists, several broken ribs and laceration of his liver. He underwent reconstructive orthopedic surgery and exploratory abdominal surgery. He subsequently developed an infection which resulted in the removal of his gall bladder. Although he has concluded physical therapy, an additional wrist surgery may be required. He continues to have pain and limited mobility.

His wife, Annette, was thrown from the motorcycle and rendered unconscious. In addition to a concussion, she sustained a bi-malleolar fracture of her left ankle and fractured right thumb. Her ankle was surgically repaired and an internal fixation device implanted. In recent months she has been experiencing cognitive impairment and is treating with a neurologist. To date, the plaintiffs combined medical expenses exceed $ 200,000.

<u>Nature of the Discovery Impasse:</u> Although the plaintiffs received initial medical treatment and underwent surgery at Danbury Hospital, the majority of Martin's internal medical treatment arose at Long Island Jewish Hospital in New York. Since July, plaintiffs have made three separate requests for his medical records and billing since July but to date have been unable to obtain copies of these records. This material equates with constitutes approximately $55,000 of his total medical treatment. These records are required in order for a medical expert to address the issues of medical necessity, causation and future impairment stemming from the internal injuries.

With respect to both plaintiffs, from June through September, 2003 medical records and/or billing information has been requested from the following providers yet the requested documentation remains outstanding:

| Provider | Address | City |
|---|---|---|
| Cottage Home Health | 8223 Jericho Turnpike | Woodbury, NY 11797 |
| Jay Merker, M.D. | 192 East Shore Road | Great Neck, NY 11023 |
| Old Brookville Phys. Therapy | 333 Glen Head Road | Old Brookville, NY 11545 |
| Rite Aid Pharmacy | 485 Great Neck Road | Great Neck, NY 11021 |
| Bernard Stark, M.D. | 27005, 76th Ave | New Hyde Park, NY |
| Richard Bochner, M.D. | 333 East Shore Road - Suite 101 | Manhasset, NY 11030 |
| CVS Pharmacy | 55 Cold Spring Road | Syosset, NY 11791-0000 |

| | | |
|---|---|---|
| Excel Physical Therapy & Sports Rehabilitation | 1482 Northern Boulevard | Manhasset, NY 11030 |
| Manhasset Diagnostic Imaging, P.C. Galleria Medical Center | 1380 Northern Boulevard - Suite M | Manhasset, NY 11030-3041 |
| O'Connell, Selig & Associates LLP | 709 West Jericho Turnpike | Huntington, NY 11743 |
| Radiological Diagnostic Imaging, P.C. | 100 Lafayette Drive | Syosset, NY 11791 |

Additionally, we anticipate calling a neurological and/or neuropsychological expert for Mrs. Sabba, however, until such time as a complete set of her medical records is obtained, an expert's report cannot be prepared.

Requested relief: The materials at issue were properly and timely requested by the plaintiffs. Efforts have been made and are being undertaken to obtain this information. Given that this information is essential to plaintiffs medical and damages claims, as well as the ability of expert witnesses to opine, plaintiffs request that they be granted an extension of three months within which to obtain these materials and disclose expert witnesses.

Respectfully submitted,

THE PLAINTIFF
By: _____
Harold R. Burke, Esq.
Casper & de Toledo LLC
1458 Bedford Street
Stamford, CT 06905
Tel. No.: (203) 325-8600
Fax No. (203) 323-5970
hburke@casperdetoledo.com
Fed Bar No. Ct. 03332

## CERTIFICATION

This is to certify that on this date a copy of the foregoing was mailed, postage prepaid to the following counsel of record.

>Royce L. Vehslage
>Genovese, Vehslage & Chapman
>500 Enterprise Drive
>Rocky Hill, CT 06067

October 21, 2003

_____
Harold R. Burke