UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

x------------------------------------------------------------x

Martin Sabba and Annette Sabba,

                                  Plaintiffs,   3:03cv00097(AWT)

      vs.

Matthew Pambianchi, John Pambianchi,        November 25, 2003
Eileen Pambianchi and Chrysler Financial
Corporation

                                Defendants.

x------------------------------------------------------------x

## APPEARANCE

Please enter the appearance of the undersigned on behalf of the plaintiffs in addition to the appearance already on file:

By: _____
Stewart M. Casper, Esq.
Casper & de Toledo LLC
1458 Bedford Street
Stamford, CT 06905
Fed. Bar No. Ct 04348
Tel. (203) 325-8600
E-mail: scasper@casperdetoledo.com

## CERTIFICATION

    This is to certify that a copy of the foregoing was mailed, postage prepaid, this 25th day of November, 2003, to the following counsel of record.

        Royce L. Vehslage, Esq.
        Genovese, Vehslage & Chapman
        500 Enterprise Drive
        Rocky Hill, CT 06067

_____
Stewart M. Casper