UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

x------------------------------------------------------x

Martin Sabba and Annette Sabba,

                    Plaintiffs,

vs.                                  3:03cv00097(MRK)

Matthew Pambianchi, John Pambianchi,        January 30, 2004
Eileen Pambianchi and Chrysler Financial
Corporation

                    Defendants.

x------------------------------------------------------x

**Plaintiffs' Motion to Amend Scheduling Order**

The plaintiffs, by their attorney, and pursuant to Local Rule 9(b)(2), move for an extension of the times set forth in the scheduling order dated October 30, 2003. As more fully set forth herein, the basis for this motion is that plaintiff Annette Sabba has been receiving medical treatment stemming from a concussion sustained in the accident. She is scheduled for additional examination and evaluation by neurological and neuropsychological experts and until their evaluations are completed a report will not be available. Accordingly, plaintiffs seek a thirty day extension of the discovery deadline with respect to plaintiffs' expert witnesses. This is the second request for extension submitted. Defendants do not object to this motion.

<u>Status of discovery:</u> Co-plaintiff, Annette Sabba, suffered orthopedic and neurological injuries in a motorcycle accident on July 7, 2002. Due to the nature of her injuries, which included a serious concussion, she was examined by Jan Mashman, M.D., a neurologist, on January 5, 2004, and referred to James Pier, Ph.D., a neuropsychologist, for additional evaluation. Her neurological

complaints include difficulty selecting words, remaining focused on tasks and depression - all potential symptoms of traumatic brain injury. She is scheduled for an evaluation by Dr. Pier in early February. Earlier appointment dates were not available.

Requested relief: Plaintiffs have been proceeding with all deliberate speed in order to complete discovery within the ordered time frames. With the exception of Mrs. Sabba's outstanding neurological treatment, all other medical documentation and medical expert witness reports have been produced. As the neurological injuries she sustained may have a significant impact on Mrs. Sabba's life, and correspondingly, upon the issues to be tried, plaintiffs respectfully request a thirty day extension of time within which to disclose her neurological treatment records and expert witness disclosures and reports.

Respectfully submitted,

THE PLAINTIFF

By: _____
Harold R. Burke, Esq.
Casper & de Toledo LLC
1458 Bedford Street
Stamford, CT 06905
Tel. No.: (203) 325-8600
Fax No. (203) 323-5970
hburke@casperdetoledo.com
Fed Bar No. Ct. 03332

## CERTIFICATION

This is to certify that on this date a copy of the foregoing was mailed, postage prepaid to the following counsel of record.

>Royce L. Vehslage
>Genovese, Vehslage & Chapman
>500 Enterprise Drive
>Rocky Hill, CT 06067

January 30, 2004

_____
Harold R. Burke