UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
May 26  10 11 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

X---------------------------------------------------X

Martin Sabba and Annette Sabba,

                                    Plaintiffs,

                                                    **3:03cv00097(MRK)**

                vs.
                                                    May 20, 2004

Matthew Pambianchi,  John Pambianchi,
Eileen Pambianchi and Chrysler Financial
Corporation

                                    Defendants.

X---------------------------------------------------X

## JOINT STATUS REPORT

The parties, by their counsel, submit the following joint status report.

I.    <u>Circumstances of the Case</u>:    At this stage the pleadings are closed and no motions are

pending.  Counsel are not aware of any circumstances affecting the parties' compliance with the

scheduling order.

II.   <u>Settlement</u>:    The parties request mediation with a Magistrate Judge.

III.  <u>Trial</u>:   The parties request trial before a judge and jury

IV.   <u>Length of Trial</u>:   Including jury selection, the parties estimate 4 days.  Case will be ready

for trial after September 1, 2004.

The Plaintiffs                          The Defendants

By_____                       By_____
Harold R. Burke                         Royce L. Vehslage
Casper & de Toledo LLC                  Genovese, Vehslage & Chapman
1458 Bedford Street                     500 Enterprise Drive
Stamford, CT 06905                      Rocky Hill, CT 06067
(203) 325-8600                          (860) 513-3760
Fed. Bar No. 03332                      Fed. Bar No. 18006

**CERTIFICATION**

     This is to certify that on this date a copy of the foregoing was mailed, postage prepaid to the following counsel of record.

                          Royce L. Vehslage
                          Genovese, Vehslage & Chapman
                          500 Enterprise Drive
                          Rocky Hill, CT 06067

May 25, 2004

                                    Harold R. Burke