UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARTIN SABBA AND | : | |
| ANNETTE SABBA | : | NO. 3:03CV97(MRK) |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| MATTHEW PAMBIANCHI, | : | |
| JOHN PAMBIANCHI, EILEEN | : | |
| PAMBIANCHI and CHRYSLER | : | |
| FINANCIAL CORPORATION | : | |
| | : | |
| Defendants. | : | |

### **ORDER**

The parties having orally moved for an extension of time on the filing of their joint trial memorandum during a telephonic conference with the Court on June 16, 2004 and good cause appearing for the extension, the Court enters the following orders:

1. The parties shall file their Joint Trial Memorandum, in accordance with the Court's instructions, no later than **September 3, 2004;**

2. A final pre-trial conference will be held at **4:00 p.m. on September 29, 2004** in Courtroom #4.  **Trial counsel must attend.**

3. Jury selection will take place on **October 5, 2004 at 9:30 a.m.** in Courtroom #4. Trial will commence in this case at **9:30 a.m. on October 20, 2004**.

IT IS SO ORDERED.


/s/      Mark R. Kravitz      
    United States District Judge

Dated at New Haven, Connecticut: June 23, 2004.