UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MARTIN SABBA AND ANETTE SABBA
    Plaintiff

CIVIL ACTION NO.:
3:03CV97(MRK)

vs.

MATTHEW PAMBIANCHI, JOHN
PAMBIANCHI, EILEEN PAMBIANCHI
AND CHRYSLER FINANCIAL CORPORATION
    Defendants.

JULY 2, 2004

## A P P E A R A N C E

**PLEASE ENTER APPEARANCE** of Kenneth J. Mulvey, Jr. for the defendant, Chrysler Financial Corporation in the above-captioned case.

DEFENDANT, CHRYSLER FINANCIAL
  CORPORATION

By: _____
    KENNETH J. MULVEY, JR.
    FEDERAL BAR # CT 03976
    MULVEY, OLIVER, GOULD & CROTTA
    ITS ATTORNEYS
    83 TRUMBULL STREET
    NEW HAVEN, CT  06511
    (203) 624-5111

<u>CERTIFICATION</u>

This is to certify that on July 2, 2004, a copy of the foregoing was mailed, postage pre-paid, to:

Harold R. Burke, Esq.
Casper & de Toledo
1458 Bedford Street
Stamford, CT 06905

Stewart M. Casper, Esq.
Casper & de Toledo
1458 Bedford Street
Stamford, CT 06905

Jack V. Genovese, II, Esq.
Genovese, Vehslage & LaRose
500 Enterprise Drive
Rocky Hill, CT 06067-4053

Royce L. Vehslage, Esq.
Genovese, Vehslage & LaRose
500 Enterprise Drive
Rocky Hill, CT 06067-4053

_____
DAVID J. CROTTA, JR.

Chrysler v. Sabba - app..wpd

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MARTIN SABBA AND ANETTE SABBA
    Plaintiff                                                       CIVIL ACTION NO.:
                                                                         3:03CV97(MRK)

vs.

MATTHEW PAMBIANCHI, JOHN
PAMBIANCHI, EILEEN PAMBIANCHI
AND CHRYSLER FINANCIAL CORPORATION         JULY 2, 2004
    Defendants.

## A P P E A R A N C E

**PLEASE ENTER APPEARANCE** of David J. Crotta, Jr. for the defendant, Chrysler Financial Corporation in the above-captioned case.

                                          DEFENDANT, CHRYSLER FINANCIAL
                                            CORPORATION

                                      By: _____
                                          DAVID J. CROTTA, JR.
                                          FEDERAL BAR # CT 309079
                                          MULVEY, OLIVER, GOULD & CROTTA
                                          ITS ATTORNEYS
                                          83 TRUMBULL STREET
                                          NEW HAVEN, CT  06511
                                          (203) 624-5111

## CERTIFICATION

This is to certify that on July 2, 2004, a copy of the foregoing was mailed, postage pre-paid, to:

Harold R. Burke, Esq.
Casper & de Toledo
1458 Bedford Street
Stamford, CT 06905

Stewart M. Casper, Esq.
Casper & de Toledo
1458 Bedford Street
Stamford, CT 06905

Jack V. Genovese, II, Esq.
Genovese, Vehslage & LaRose
500 Enterprise Drive
Rocky Hill, CT 06067-4053

Royce L. Vehslage, Esq.
Genovese, Vehslage & LaRose
500 Enterprise Drive
Rocky Hill, CT 06067-4053

_____
DAVID J. CROTTA, JR.

Chrysler v. Sabba   apg.wpd