**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MARTIN SABBA AND ANETTE SABBA<br>Plaintiff | :<br>: CASE NUMBER<br>: 3:03CV97(MRK) |
| vs. | :<br>: |
| MATTHEW PAMBIANCHI, JOHN<br>PAMBIANCHI, EILEEN PAMBIANCHI<br>AND CHRYSLER FINANCIAL<br>CORPORATION<br>Defendant. | :<br>: October 19, 2004<br>:<br>:<br>: |

FILED 2004 OCT 21 P 2:21 U.S. DISTRICT COURT NEW HAVEN CT

## **MOTION TO WITHDRAW APPEARANCE**

The undersigned hereby moves the Court to allow him to withdraw his Appearance that was filed on behalf of Defendants Matthew Pambianchi, John Pambianchi, Eileen Pambianchi and Chrysler Financial Corporation, in this action on March 17, 2003. In support hereof, the undersigned represents:

1.   That he filed his appearance on behalf of of Defendants Matthew Pambianchi, John Pambianchi, Eileen Pambianchi and Chrysler Financial Corporation, on March 17, 2003.

2.   As of October 30, 2004, the undersigned will no longer be employed with said law firm and therefore will not be able to continue to represent these defendants.

3. Attorney Royce Vehslage of said firm has also filed his appearance on behalf of this defendant on March 17, 2003 and he has and will continue to represent of Defendants Matthew Pambianchi, John Pambianchi, Eileen Pambianchi and Chrysler Financial Corporation,

4. The parties that I have represented in this matter have received notice of my intention to withdraw my appearance.

Based upon the foregoing, the undersigned hereby moves the Court to grant this Motion and allow the undersigned to withdraw his Appearance herein.

By: *[signature]*
Jack V. Genovese II
Federal Bar #: 00573
GENOVESE, VEHSLAGE & CHAPMAN
500 Enterprise Drive
Rocky Hill, CT 06067
(860) 513-3760

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 19th day of October, 2004, to the following counsel of record and pro se parties:

Attorneys for Plaintiffs, Martin and Annette Sabba
Harold R. Burke, Esq.
Casper & Toledo, LLC
1458 Bedford Street
Stamford, CT  06902

Attorneys for Plaintiff, Martin & Annette Sabba
Stewart M. Casper, Esq.
Casper & deToledo
1458 Bedford Street
Stamford, CT  06905

Attorneys for Defendant, Chrysler Financial Corporation
Kenneth J. Mulvey, Esq.
Mulvey, Oliver, Gould & Crotta
83 Trumbull Street
New Haven, CT  06511

_____
Jack W. Genovese II

L:\3917\Blank Pleading 10-19-04.doc