UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

x------------------------------------------------------x

Martin Sabba and Annette Sabba,

                                    Plaintiffs,     3:03cv00097(MK)

                    vs.                                          January 5, 2005

Matthew Pambianchi,  John Pambianchi,
Eileen Pambianchi and Chrysler Financial
Corporation

                                    Defendants.

x------------------------------------------------------x

## PLAINTIFFS' MOTION FOR PERMISSION TO MAKE OPENING STATEMENT

      The Plaintiffs respectfully request permission from the Court to make an opening statement at the commencement of trial scheduled for February 8, 2005.  In support of this Motion it is hereby represented as follows:

1.     This action involves a motor vehicle vs. motorcycle crash that occurred in Ridgefield, Connecticut on July 7, 2002.

2.     This matter involves a dispute as to both liability and damages.

3.     Both of the Plaintiffs Martin Sabba and Annette Sabba sustained serious personal injuries that required hospitalizations and extensive medical treatment including multiple surgeries.

4.  The Plaintiffs seek permission to make an opening statement in order to preview for the jury the evidence that will be presented on the issue of liability as well as the complexities involved in the various injuries sustained by the Plaintiffs. In addition, the opening statement will assist in aiding the jury in differentiating between the numerous physicians and other health care providers that treated one Plaintiff or the other.

The undersigned has consulted with counsel for the Defendants and they have no objection to the granting of this motion subject to whatever limitations that the Court deems just and proper.

THE PLAINTIFFS

By: _____
  Stewart M. Casper, Esq.
  Casper & de Toledo LLC
  1458 Bedford Street
  Stamford, CT  06905
  Tel. No.: (203) 325-8600
  Fed. Bar No. 03332

## CERTIFICATION

This is to certify that on this date a copy of the foregoing was mailed, postage prepaid to the following counsel of record.

>Royce L. Vehslage
>Genovese, Vehslage & Chapman
>500 Enterprise Drive
>Rocky Hill, CT 06067


>Kenneth J. Mulvey, Esq.
>Mulvey, Oliver, Gould & Crotta
>83 Trumbull Street
>New Haven, CT  06511


January 13, 2005                              _____
                                              Stewart M. Casper