UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

x----------------------------------------------------x
Martin C. Sabba and
Annette Sabba,
                       Plaintiffs,

vs.                                3:03CV97 (MRK)

Matthew J. Pambianchi,
John Pambianchi and
Chrysler Financial Corporation
                                JANUARY 13, 2005
                       Defendants.
x----------------------------------------------------x

**Expert Witness Disclosure Summary**

The plaintiffs, through their attorney, hereby make the following pretrial disclosures with respect to a witness who may be deemed to be an expert pursuant to Federal Rule of Evidence 702.

**JAY MERKER, M.D.** - Dr. Merker of Great Neck, New York, is an internist with a specialization in gastroenterology. He has been Plaintiff Martin Sabba's primary care physician for a period pre-dating the July 7, 2002 collision and extending into the present. Dr. Merker provided treated to the Plaintiff following the collision and will testify as to the nature of the Plaintiff's abdominal injuries and the treatment provided. He will base his testimony on his own observations, the medical history provided to him and his review of the Plaintiff's medical records as they pertain to his abdominal injuries. He will testify that as reflected in the medical records, the Plaintiff sustained a lacerated liver and torn bile duct as a result of the July 7, 2002 collision which led to internal bleeding and required surgical intervention. As also reflected in the medical records, he will testify that these injuries led to an abdominal infection which

resulted in the surgical removal of his gallbladder when it became gangrenous. He will also testify that the non-orthopedic hospitalizations between July, 2002 and March, 2003 were required in order to treat the Plaintiff's abdominal injuries and infections. He will also testify that the function of the gall bladder is to store and concentrate bile salts until released into the small intestine after a meal to help with fat digestion. He will also testify that while the removal of the gallbladder is not life threatening, a small percentage of patients may suffer from diarrhea. Copies of all medical records upon which Dr. Merker will rely have been provided to the Defendants. These records include: Danbury Hospital; North Shore - Long Island Jewish Hospital; Douglas Held, M.D.; and, his own file. A copy of Dr. Merker's curriculum vitae is attached. The plaintiff will supplement this disclosure with a summary of deposition and trial testimony provided by Dr. Merker. His fee for professional services is believed not to exceed $500.00 per hour and no money has been paid to him to date.

                          Martin and Annette Sabba, Plaintiffs

By: _____
     Harold R. Burke, Esq.
     Casper & de Toledo LLC
     1458 Bedford Street
     Stamford, CT 06905
     Tel. No.: (203) 325-8600
     Fax no. (203) 323-5970
     Fed. Bar No. CT 03332
     email: hburke@casperdetoledo.com

## CERTIFICATION

This is to certify that on this date a copy of the foregoing was mailed, postage prepaid to the following counsel of record.

>Royce L. Vehslage
>Genovese, Vehslage & Chapman
>500 Enterprise Drive
>Rocky Hill, CT 06067
>
>David J. Crotta, Jr., Esq.
>Mulvey, Oliver, Gould & Crotta
>83 Trumbull Street
>New Haven, CT 06511
>
>Kenneth J. Mulvey, Esq.
>Mulvey, Oliver, Gould & Crotta
>83 Trumbull Street
>New Haven, CT 06511

January 13, 2005

_____
Harold R. Burke

# Jay G. Merker, M.D.

192 East Shore Road  
Great Neck, NY 11023  
(516) 487-4500

Birthplace: Passaic, New Jersey  
Date of Birth: August 29, 1953

| | | |
|---|---|---|
| **EDUCATION** | MOUNT SINAI SCHOOL OF MEDICINE<br>Fifth Pathway Program<br>New York, NY | June 1984 |
| | AUTONOMOUS UNIVERSITY OF GUADALAJARA<br>Guadalajara, Mexico | MD Degree<br>June 1982 |
| | LONG ISLAND UNIVERSITY at C.W. POST COLLEGE<br>Brookville, New York | MS Medical Biology<br>June 1977 |
| | RUTGERS COLLEGE<br>New Brunswick, New Jersey | BA Biology<br>June 1974 |
| **POST DOCTORAL TRAINING** | LONG ISLAND JEWISH MEDICAL CENTER<br>New Hyde Park, New York | Chief Medical Resident<br>6/89-6/90 |
| | LONG ISLAND JEWISH MEDICAL CENTER<br>New Hyde Park, New York | Gastroenterology<br>Fellowship: 6/87-6/89 |
| | LONG ISLAND JEWISH MEDICAL CENTER<br>New Hyde Park, New York | Residency and Internship<br>6/84-6/87 |
| **WORK** | LONG ISLAND MEDICAL &<br>GASTROENTEROLOGY ASSOCIATES, P.C.<br>Practicing Gastroenterology and Internal Medicine<br>Great Neck, New York | July 1995-Present |
| **HOSPITAL APPOINTMENTS** | NORTH SHORE UNIVERSITY HOSPITAL<br>Manhasset, New York | January 1991-Present |
| | LONG ISLAND JEWISH MEDICAL CENTER<br>New Hyde Park, New York | June 1990-Present |
| **MEDICAL LICENSE and BOARD CERTIFICATION** | AMERICAN BOARD OF INTERNAL MEDICINE<br>Board Certified in Gastroenterology | 1989-Present |
| | AMERICAN BOARD OF INTERNAL MEDICINE<br>Board Certified in Internal Medicine | 1987-Present |
| | THE UNIVERSITY OF THE STATE OF NEW YORK<br>New York State Medical License | 1979-Present |
| **AWARDS** | LONG ISLAND JEWISH MEDICAL CENTER<br>LIJ Teaching Award | 1990 |
| **PROFESSIONAL SOCIETIES** | AMERICAN MEDICAL ASSOCIATION<br>Member | |
| | AMERICAN COLLEGE OF GASTROENTEROLOGY<br>Member | |

**MedlinePlus®**
Trusted Health Information for You

A service of the U.S. NATIONAL LIBRARY OF MEDICINE
and the NATIONAL INSTITUTES OF HEALTH

[Print this page]   [Close this window]

## Medical Encyclopedia: Biliary obstruction

URL of this page: http://www.nlm.nih.gov/medlineplus/ency/article/000263.htm

**Alternative names**

Bile duct obstruction

**Definition**

Biliary obstruction involves the blockage of any duct that carries bile from the liver to the gallbladder or from the gallbladder to the small intestine.

**Causes, incidence, and risk factors**

Bile is a liquid secreted by the liver that contains cholesterol, bile salts, and waste products such as bilirubin. Bile salts aid in the digestion of fats. Bile passes out of the liver through the bile ducts and is concentrated and stored in the gallbladder until it is released into the small intestine after a meal to help with fat digestion.

When an obstruction occurs in the bile ducts, bile accumulates in the liver, and jaundice (yellow color of the skin) develops due to the accumulation of bilirubin in the blood.

Causes of obstruction include the following:

- Gallstones
- Tumors of the bile ducts or pancreas
- Other tumors that have spread to the biliary system
- Trauma including injury from gallbladder surgery
- Choledochal cysts
- Enlarged nodes in the porta hepatis
- Inflammation of the bile ducts

Risk factors include the following:

- History of any of these conditions:
    - Cholelithiasis (gallstones)
    - Chronic pancreatitis
    - Pancreatic cancer
- Recent biliary surgery
- Recent biliary cancer (such as bile duct cancer)
- Abdominal trauma.

In immunosuppressed patients, obstructions can be caused by infections.

**Symptoms**

- Pale-colored stools (caused by lack of bilirubin)
- Dark urine (caused by bilirubin excreted in the urine)
- Jaundice (yellow skin color)
- Itching
- Abdominal pain in the upper right quadrant
- Fever
- Nausea and vomiting

**Signs and tests**

Your health care practitioner will examine your the abdomen and may be able to palpate (feel) the gallbladder.

Blood tests that show obstruction:

- Bilirubin is elevated.
- Alkaline phosphatase is elevated.
- Liver enzymes are elevated.

Tests that show obstruction in the bile duct:

- Abdominal ultrasound
- Abdominal CT scan
- ERCP (endoscopic retrograde cholangiopancreatography)
- Percutaneous transhepatic cholangiogram (PTCA)
- Magnetic resonance cholangiopancreatography (MRCP)

Biliary obstruction may also alter the results of the following tests:

- Gallbladder radionuclide scan
- Urine bilirubin
- Amylase

**Treatment**

The objective of treatment is to relieve the blockage. Stones may be removed using an endoscope during an ERCP. In some cases, surgery is required to bypass the obstruction. The gallbladder will usually be surgically removed if the biliary obstruction is caused by gallstones. Your health care provider will prescribe antibiotics for biliary obstruction if infection is suspected.

In blockage caused by cancer, endoscopic (using an endoscope) or percutaneous (through the skin) dilation of the obstruction and placement of a tube for drainage may be required.

**Expectations (prognosis)**

If biliary obstruction is not corrected, it can lead to infections that can be life-threatening. If the obstruction lasts a long period of time, chronic liver disease can result. Most obstructions can be treated with endoscopy or surgery. Obstructions caused by cancer often have a worse outcome.

**Complications**

Complications include infections, sepsis, and liver disease such as biliary cirrhosis from untreated obstruction.

http://medlineplus.nlm.nih.gov/medlineplus/print/ency/article/000263.htm                    1/6/2005

**Calling your health care provider**

Call your health care provider if you notice a change in the color of urine and stools or the development of jaundice.

**Prevention**

Awareness of risk factors can allow prompt diagnosis and treatment of biliary obstruction. The obstruction itself may not be preventable.

**Update Date: 7/19/2004**

Updated by: Christian Stone, M.D., Division of Gastroenterology, Washington University in St. Louis School of Medicine, St. Louis, MO. Review provided by VeriMed Healthcare Network.

*ADAM*



A.D.A.M., Inc. is accredited by URAC, also known as the American Accreditation HealthCare Commission (www.urac.org). URAC's accreditation program is the first of its kind, requiring compliance with 53 standards of quality and accountability, verified by independent audit. A.D.A.M. is among the first to achieve this important distinction for online health information and services. Learn more about A.D.A.M.'s editorial process. A.D.A.M. is also a founding member of Hi-Ethics (www.hiethics.com) and subscribes to the principles of the Health on the Net Foundation (www.hon.ch).

The information provided herein should not be used during any medical emergency or for the diagnosis or treatment of any medical condition. A licensed physician should be consulted for diagnosis and treatment of any and all medical conditions. Call 911 for all medical emergencies. Links to other sites are provided for information only -- they do not constitute endorsements of those other sites. Copyright 2002 A.D.A.M., Inc. Any duplication or distribution of the information contained herein is strictly prohibited.



**National Digestive Diseases Information Clearinghouse (NDDIC)**
A service of the National Institute of Diabetes and Digestive and Kidney Diseases (NIDDK), I

| Digestive Diseases | Statistics | Clinical Trials | in Spanish | Resources | Order | About Us |

Home : Digestive Diseases A-Z List of Topics and Titles : Gallstones

Email To A Friend ✉

# Gallstones

**On this page:**

- What are gallstones?
- What causes gallstones?
- What are the symptoms?
- How are gallstones diagnosed?
- What is the treatment?
- Points to Remember

## What are gallstones?

Gallstones form when liquid stored in the gallbladder hardens into pieces of stone-like material. The liquid, called bile, is used to help the body digest fats. Bile is made in the liver, then stored in the gallbladder until the body needs to digest fat. At that time, the gallbladder contracts and pushes the bile into a tube—called the common bile duct—that carries it to the small intestine, where it helps with digestion.

Bile contains water, cholesterol, fats, bile salts, proteins, and bilirubin. Bile salts break up fat, and bilirubin gives bile and stool a yellowish color. If the liquid bile contains too much cholesterol, bile salts, or bilirubin, under certain conditions it can harden into stones.

The two types of gallstones are cholesterol stones and pigment stones. Cholesterol stones are usually yellow-green and are made primarily of hardened cholesterol. They account for about 80 percent of gallstones. Pigment stones are small, dark stones made of bilirubin. Gallstones can be as small as a grain of sand or as large as a golf ball. The gallbladder can develop just one large stone, hundreds of tiny stones, or almost any combination.



The gallbladder and the ducts that carry bile and other digestive enzymes from the liver, gallbladder, and pancreas to the small intestine are called the **biliary system.**

Gallstones can block the normal flow of bile if they lodge in any of the ducts that carry bile from the liver to the small intestine. That includes the hepatic ducts, which carry bile out of the liver; the cystic duct, which takes bile to and from the gallbladder; and the common bile duct, which takes bile from the cystic and hepatic ducts to the small intestine. Bile trapped in these ducts can cause inflammation in the gallbladder, the ducts, or, rarely, the liver. Other ducts open into the common bile duct, including the pancreatic duct, which carries digestive enzymes out of the pancreas. If a gallstone blocks the opening to that duct, digestive enzymes can become trapped in the pancreas and cause an extremely painful inflammation called gallstone pancreatitis.

If any of these ducts remain blocked for a significant period of time, severe—possibly fatal—damage or infections affecting the gallbladder, liver, or pancreas can occur. Warning signs of a serious problem are fever, jaundice, and persistent pain.

[Top]

## What causes gallstones?

### Cholesterol Stones

Scientists believe cholesterol stones form when bile contains too much cholesterol, too much bilirubin, or not enough bile salts, or when the gallbladder does not empty as it should for some other reason.

**Pigment Stones**

The cause of pigment stones is uncertain. They tend to develop in people who have cirrhosis, biliary tract infections, and hereditary blood disorders, such as sickle cell anemia, in which too much bilirubin is formed.

**Other Factors**

It is believed that the mere presence of gallstones may cause more gallstones to develop. However, other factors that contribute to gallstones have been identified, especially for cholesterol stones.

- **Obesity.** Obesity is a major risk factor for gallstones, especially in women. A large clinical study showed that being even moderately overweight increases the risk for developing gallstones. The most likely reason is that obesity tends to reduce the amount of bile salts in bile, resulting in more cholesterol. Obesity also decreases gallbladder emptying.

- **Estrogen.** Excess estrogen from pregnancy, hormone replacement therapy, or birth control pills appears to increase cholesterol levels in bile and decrease gallbladder movement, both of which can lead to gallstones.

- **Ethnicity.** Native Americans have a genetic predisposition to secrete high levels of cholesterol in bile. In fact, they have the highest rate of gallstones in the United States. A majority of Native American men have gallstones by age 60. Among the Pima Indians of Arizona, 70 percent of women have gallstones by age 30. Mexican American men and women of all ages also have high rates of gallstones.

- **Gender.** Women between 20 and 60 years of age are twice as likely to develop gallstones as men.

- **Age.** People over age 60 are more likely to develop gallstones than younger people.

- **Cholesterol-lowering drugs.** Drugs that lower cholesterol levels in blood actually increase the amount of cholesterol secreted in bile. This in turn can increase the risk of gallstones.

- **Diabetes.** People with diabetes generally have high levels of fatty acids called triglycerides. These fatty

acids increase the risk of gallstones.

- **Rapid weight loss.** As the body metabolizes fat during rapid weight loss, it causes the liver to secrete extra cholesterol into bile, which can cause gallstones.

- **Fasting.** Fasting decreases gallbladder movement, causing the bile to become overconcentrated with cholesterol, which can lead to gallstones.

---

### Who is at risk for gallstones?

- women
- people over age 60
- Native Americans
- Mexican Americans
- overweight men and women
- people who fast or lose a lot of weight quickly
- pregnant women, women on hormone replacement therapy, and women who use birth control pills

---

[Top]

## What are the symptoms?

Symptoms of gallstones are often called a gallstone "attack" because they occur suddenly. A typical attack can cause

- steady pain in the upper abdomen that increases rapidly and lasts from 30 minutes to several hours
- pain in the back between the shoulder blades
- pain under the right shoulder
- nausea or vomiting

Gallstone attacks often follow fatty meals, and they may occur during the night. Other gallstone symptoms include

- abdominal bloating
- recurring intolerance of fatty foods
- colic
- belching
- gas
- indigestion

People who also have the above and any of following symptoms should see a doctor right away:

- chills

- low-grade fever
- yellowish color of the skin or whites of the eyes
- clay-colored stools

Many people with gallstones have no symptoms. These patients are said to be asymptomatic, and these stones are called "silent stones." They do not interfere with gallbladder, liver, or pancreas function, and do not need treatment.

[Top]

## How are gallstones diagnosed?

Many gallstones, especially silent stones, are discovered by accident during tests for other problems. But when gallstones are suspected to be the cause of symptoms, the doctor is likely to do an ultrasound exam. Ultrasound uses sound waves to create images of organs. Sound waves are sent toward the gallbladder through a handheld device that a technician glides over the abdomen. The sound waves bounce off the gallbladder, liver, and other organs such as a pregnant uterus, and their echoes make electrical impulses that create a picture of the organ on a video monitor. If stones are present, the sound waves will bounce off them, too, showing their location. Ultrasound is the most sensitive and specific test for gallstones.

Other tests may also be used.

- **Computed tomography (CT) scan** may show the gallstones or complications.

- **Magnetic resonance cholangiogram** may diagnose blocked bile ducts.

- **Cholescintigraphy (HIDA scan)** is used to diagnose abnormal contraction of the gallbladder or obstruction. The patient is injected with a radioactive material that is taken up in the gallbladder, which is then stimulated to contract.

- **Endoscopic retrograde cholangiopancreatography (ERCP).** The patient swallows an endoscope—a long, flexible, lighted tube connected to a computer and TV monitor. The doctor guides the endoscope through the stomach and into the small intestine. The doctor then injects a special dye that temporarily stains the ducts in the biliary system. ERCP is used to locate and remove stones in the ducts.

- **Blood tests.** Blood tests may be used to look for signs of infection, obstruction, pancreatitis, or jaundice.

Gallstone symptoms are similar to those of heart attack, appendicitis, ulcers, irritable bowel syndrome, hiatal hernia, pancreatitis, and hepatitis. So accurate diagnosis is important.

[Top]

## What is the treatment?

### Surgery

Surgery to remove the gallbladder is the most common way to treat symptomatic gallstones. (Asymptomatic gallstones usually do not need treatment.) Each year more than 500,000 Americans have gallbladder surgery. The surgery is called cholecystectomy.

The most common operation is called laparoscopic cholecystectomy. For this operation, the surgeon makes several tiny incisions in the abdomen and inserts surgical instruments and a miniature video camera into the abdomen. The camera sends a magnified image from inside the body to a video monitor, giving the surgeon a closeup view of the organs and tissues. While watching the monitor, the surgeon uses the instruments to carefully separate the gallbladder from the liver, ducts, and other structures. Then the cystic duct is cut and the gallbladder removed through one of the small incisions.

Because the abdominal muscles are not cut during laparoscopic surgery, patients have less pain and fewer complications than they would have had after surgery using a large incision across the abdomen. Recovery usually involves only one night in the hospital, followed by several days of restricted activity at home.

If the surgeon discovers any obstacles to the laparoscopic procedure, such as infection or scarring from other operations, the operating team may have to switch to open surgery. In some cases the obstacles are known before surgery, and an open surgery is planned. It is called "open" surgery because the surgeon has to make a 5- to 8-inch incision in the abdomen to remove the gallbladder. This is a major surgery and may require about a 2- to 7-day stay in the hospital and several more weeks at home to recover.

Open surgery is required in about 5 percent of gallbladder operations.

The most common complication in gallbladder surgery is injury to the bile ducts. An injured common bile duct can leak bile and cause a painful and potentially dangerous infection. Mild injuries can sometimes be treated nonsurgically. Major injury, however, is more serious and requires additional surgery.

If gallstones are in the bile ducts, the physician (usually a gastroenterologist) may use endoscopic retrograde cholangiopancreatography (ERCP) to locate and remove them before or during the gallbladder surgery. In ERCP, the patient swallows an endoscope—a long, flexible, lighted tube connected to a computer and TV monitor. The doctor guides the endoscope through the stomach and into the small intestine. The doctor then injects a special dye that temporarily stains the ducts in the biliary system. Then the affected bile duct is located and an instrument on the endoscope is used to cut the duct. The stone is captured in a tiny basket and removed with the endoscope.

Occasionally, a person who has had a cholecystectomy is diagnosed with a gallstone in the bile ducts weeks, months, or even years after the surgery. The two-step ERCP procedure is usually successful in removing the stone.

**Nonsurgical Treatment**

Nonsurgical approaches are used only in special situations—such as when a patient has a serious medical condition preventing surgery—and only for cholesterol stones. Stones usually recur after nonsurgical treatment.

- **Oral dissolution therapy.** Drugs made from bile acid are used to dissolve the stones. The drugs, ursodiol (Actigall) and chenodiol (Chenix), work best for small cholesterol stones. Months or years of treatment may be necessary before all the stones dissolve. Both drugs cause mild diarrhea, and chenodiol may temporarily raise levels of blood cholesterol and the liver enzyme transaminase.

- **Contact dissolution therapy.** This experimental procedure involves injecting a drug directly into the gallbladder to dissolve stones. The drug—methyl tertbutyl ether—can dissolve some stones in 1 to 3 days, but it must be used very carefully because it is a flammable anesthetic that can be toxic. The procedure

is being tested in patients with symptomatic, noncalcified cholesterol stones.

---

### Don't people need their gallbladder?

Fortunately, the gallbladder is an organ that people can live without. Losing it won't even require a change in diet. Once the gallbladder is removed, bile flows out of the liver through the hepatic ducts into the common bile duct and goes directly into the small intestine, instead of being stored in the gallbladder. However, because the bile isn't stored in the gallbladder, it flows into the small intestine more frequently, causing diarrhea in about 1 percent of people.

---

[Top]

## Points to Remember

- Gallstones form when substances in the bile harden.

- Gallstones are more common among older adults, women, Native Americans, Mexican Americans, and people who are overweight.

- Gallstone attacks often occur after eating a meal.

- Symptoms can mimic those of other problems, including heart attack, so accurate diagnosis is important.

- Gallstones can cause serious problems if they become trapped in the bile ducts.

- Laparoscopic surgery to remove the gallbladder is the most common treatment.

[Top]

The U.S. Government does not endorse or favor any specific commercial product or company. Trade, proprietary, or company names appearing in this document are used only because they are considered necessary in the context of the information provided. If a product is not mentioned, the omission does not mean or imply that the product is unsatisfactory.

---

## National Digestive Diseases Information Clearinghouse

2 Information Way
Bethesda, MD 20892-3570
Email: nddic@info.niddk.nih.gov

The National Digestive Diseases Information Clearinghouse (NDDIC) is a service of the National Institute of Diabetes and Digestive and Kidney Diseases (NIDDK). The NIDDK is part of the National Institutes of Health under the U.S. Department of Health and Human Services. Established in 1980, the clearinghouse provides information about digestive diseases to people with digestive disorders and to their families, health care professionals, and the public. NDDIC answers inquiries, develops and distributes publications, and works closely with professional and patient organizations and Government agencies to coordinate resources about digestive diseases.

Publications produced by the clearinghouse are carefully reviewed by both NIDDK scientists and outside experts.

This e-text is not copyrighted. The clearinghouse encourages users of this e-pub to duplicate and distribute as many copies as desired.

---

NIH Publication No. 05-2897
November 2004

[Top]

Digestive Diseases Home | Digestive Diseases A-Z | Statistics | Clinical Trials | in Spanish | Additional Resources | Order Publications | About Us |

Contact Us | NIDDK Health Information

The NDDIC is a service of the National Institute of Diabetes and Digestive and Kidney Diseases, National Institutes of Health

National Digestive Diseases Information Clearinghouse
2 Information Way
Bethesda, MD 20892-3570
Phone: 1-800-891-5389
Fax: 703-738-4929
Email: nddic@info.niddk.nih.gov




Privacy | Disclaimer | Accessibility