UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

x--------------------------------------------------------x

Martin Sabba and Annette Sabba,

                       Plaintiffs,    3:03cv00097(MK)

      vs.                                    January 26, 2005

Matthew Pambianchi and Chrysler Financial
Corporation

                       Defendants.

x--------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, by their attorneys, and pursuant to Fed. R. Civ. P. 41(a), hereby provide notice that they are dismissing their complaint against defendants Matthew Pambianchi and Chrysler Financial Corporation.

                               THE PLAINTIFFS

             By: _____
                 Harold R. Burke, Esq.
                 Casper & de Toledo LLC
                 1458 Bedford Street
                 Stamford, CT  06905
                 Tel. No.: (203) 325-8600
                 Fed. Bar No. 03332

## CERTIFICATION

  This is to certify that on this date a copy of the foregoing was mailed, postage prepaid to the following counsel of record.

>Royce L. Vehslage
>Genovese, Vehslage & Chapman
>500 Enterprise Drive
>Rocky Hill, CT 06067
>
>
>Kenneth J. Mulvey, Esq.
>Mulvey, Oliver, Gould & Crotta
>83 Trumbull Street
>New Haven, CT  06511

January 26, 2005               _____
                                Harold R. Burke