UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARTIN SABBA AND<br>ANNETTE SABBA<br><br>         Plaintiffs,<br><br>v.<br><br>MATTHEW PAMBIANCHI,<br>JOHN PAMBIANCHI, EILEEN<br>PAMBIANCHI and CHRYSLER<br>FINANCIAL CORPORATION<br><br>         Defendants. | :<br>:    NO. 3:03CV97(MRK)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

Plaintiffs' Notice of Voluntary Dismissal [doc. # 43], dated January 26, 2005, is approved and this case is dismissed. **The Clerk is directed to close the file.**

IT IS SO ORDERED.

/s/     Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: February 7, 2005.